**Terry Lee SCOTT, Respondent,**

v.

**Gary SCOTT, d/b/a Scott Gravel Co., Defendant,**

and

**Fireman's Fund Insurance Co., Appellant.**

**No. WD 47414.**

Missouri Court of Appeals,
Western District.

Sept. 14, 1993.

John R. Fox, Kansas City, for appellant.

Hollis H. Hanover, Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

Fireman's Fund Insurance Company appeals the decision of the Department of Labor and Industrial Relations Commission granting workers' compensation coverage to Terry Lee Scott. We affirm. Rule 84.16(b).

■

**Wesley E. HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47546.**

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

### *ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 postconviction motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).